01/22/2004 1:46PM FAX  3036736179  Brown & Blaney LLC  @0002/0002
JAN-22-2014 13:00 From:  To:6736119  P.2/2

1:10-cv-01290-MMM-JAG  #113  Page 1 of 2

E-FILED
Thursday, 23 January, 2014 11:53:14 AM
Clerk, U.S. District Court, ILCD

UNITED STATED DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KELSEY BOEHM, )
)
Plaintiff, )
)
vs. )
) Civil Action No. 10-1290
STEPHEN CHROMIK, In His Individual )
Capacity, KENNETH MAURER, In His Individual )
Capacity and METAMORA TOWNSHIP )
HIGH SCHOOL DISTRICT 122, )
)
Defendants. )

## STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S COMPLAINT

The parties hereby stipulate and agree that the above-entitled cause has been voluntarily compromised and settled and paid, and may therefore, be dismissed with prejudice.

KELSEY BOEHM, Plaintiff,

By: _____

Jeff Green #6275034
Lead Counsel
LAW OFFICE OF JEFF GREEN, P.C.
432 N. Main Street
East Peoria, Illinois 61611
Tel: 309-699-0111
Fax: 309-699-4693
E-mail: jgreen@jeffgreenlaw.com

Jeffrey Hall #6286316
THE HOW LAW FIRM
432 N. Main Street
East Peoria, Illinois 61611
Tel: 309-699-4691
Fax: 309-699-4693
E-mail: Jeff.Hall@howlawfirm.com

KENNETH MAURER, in his individual
Capacity and METAMORA TOWNSHIP
HIGH SCHOOL DISTRICT 122,
Defendant,

_____
Shari D Goggin-Ward
Law Office of Lawrence Cozzi
27201 Bella Vista Parkway #410
Warrenville, IL 60555

STEPHEN CHROMIK, in his individual
capacity, Defendant,

_____
Joel Brown
Attorney at Law
416 Main Street, Suite 1300
Peoria IL 61602

**ORDER**

Pursuant to the Stipulation of the parties, the above-entitled cause is hereby dismissed with prejudice, all costs having been paid.

DATE: _____

_____
JUDGE

Jeff Green
Attorney No. 6275034
LAW OFFICE OF JEFF GREEN
432 N. Main Street
East Peoria, IL 61611
T 309.699.0111
F 309.699.4693